IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-450-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, )
                                        )
                    Plaintiff, )
                                        )
    v.                             )          **ORDER**
                                        )
CAPITAL ASSETS FUND I, LLC, )
                                        )
                    Defendant. )

The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 25], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 19], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This _20_ day of July 2021.

JAMES C. DEVER III
United States District Judge